**Kareemah BELL–BOSTON,
Plaintiff—Appellant,**

v.

**Glenette M. HILTON, Assistant Chief of
Police for Administration, University
of the District of Columbia, Defendant—Appellee.**

No. 09–2288.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Jan. 20, 2010.

Kareemah Bell–Boston, Appellant Pro
Se.

Before MOTZ, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kareemah Bell–Boston appeals the
district court's order dismissing her
complaint for lack of subject matter jurisdiction and improper venue. We have
reviewed the record and find no reversible error. Accordingly, we affirm for
the reasons stated by the district court.
*Bell–Boston v. Hilton,* No. 1:09–cv–
01227–LMB–IDD (E.D.Va. Oct. 30,
2009). We dispense with oral argument
because the facts and legal contentions
are adequately presented in the materi-

als before the court and argument would
not aid the decisional process.

*AFFIRMED.*